**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Diane Mann, as Trustee for the Estate of LeapSource, Inc., et al. </br></br>          Plaintiffs, </br></br>     vs. </br></br> GTCR Golder Rauner, L.L.C., a Delaware limited liability company., et al., </br></br>          Defendants. | ) </br> ) </br> ) </br> ) </br> )     No. CIV 02-2099-PHX RCB </br> ) </br> )              O R D E R </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

On February 20, 2006, Plaintiffs Diane Mann, as Trustee for the Estate of LeapSource, Inc., et al., filed a motion to supplement the record and Plaintiffs' statement of additional facts in relation to GTCR's pending motion for summary judgment on the joint venture-related claims.  Motion (doc. 320).  No objection or response was filed by any party in opposition to this motion.

Therefore,

. . .

1    IT IS ORDERED that Plaintiffs' motion to supplement (doc. 320)
2 is GRANTED.
3    DATED this 8th day of May, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record.

-2-