**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Mann, as Trustee for the Estate of LeapSource, Inc., *et al.*,<br><br>   Plaintiffs,<br><br>   vs.<br><br>GTCR Golder Rauner, L.L.C., a Delaware limited liability company, *et al.*,<br>   Defendants. | No. CIV-02-2099-PHX-RCB<br><br>O R D E R |

After having reviewed the "Motion *in Limine* to Exclude the Business Valuation Opinions of Thomas Gilman" by the GTCR defendants (doc. 388), plaintiffs' Response thereto (doc. 433), and defendants' Reply (doc. 453), the court DENIES the same without prejudice to renew.

IT IS ORDERED that GTCR defendants' Motion *in Limine* to Exclude the Business Valuation Opinions of Thomas Gilman is DENIED

. . .

1  without prejudice to renew.

2      DATED this 30th day of March, 2007.

_____
Robert C. Broomfield
Senior United States District Judge

9  Copies to counsel of record