IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Diane Mann, as Trustee for the Estate of LeapSource, Inc., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. CIV-02-2099-PHX-RCB |
| vs. | ) ) | O R D E R |
| GTCR Golder Rauner, L.L.C., a Delaware limited liability company, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

The parties having previously advised the court that these actions, <u>Mann v. GTCR Golder Rauner, L.L.C., *et al.*</u>, No. Civ-02-2099-PHX-RCB, and <u>In re Leapsource, Inc.</u>, 2:01-BK-09020-PHX-JMM, have been settled by the parties subject to approval of the settlement in the pending bankruptcy proceeding, and the court having received a copy of the Bankruptcy Court's order filed September 8, 2008, granting the "Motion of Trustee and Plaintiffs to Approve Settlement with GTCR Defendants, Kirkland & Ellis, and Makings Defendants[,]"

IT IS ORDERED that these actions and each of them are

1  dismissed without prejudice.

2  DATED this 17th day of September, 2008.

_____
Robert C. Broomfield
Senior United States District Judge

11  Copies to counsel of record

- 2 -