IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane Mann, as Trustee for the Estate of LeapSource, Inc. *et al.*, | No. CIV 02-2099 PHX RCB |
| Plaintiffs, | **ORDER** |
| v. | |
| GTCR Golder Rauner, L.L.C.; a Delaware limited liability company, *et al.*, | |
| Defendants. | |

The parties having previously advised the Court that these actions, <u>Mann v. GTCR Golder Rauner, L.L.C., et al.</u>, No. Civ-02-2099-PHX-RCB, and <u>In re Leapsource, Inc.</u>, 2:01-BK-09020-PHX-JMM, have been settled by the parties subject to approval of the settlement in the pending bankruptcy proceeding, and the Court having received copies of the Bankruptcy Court's order filed September 8, 2008, granting the "Motion of Trustee and Plaintiffs to Approve Settlement with GTCR Defendants, Kirkland & Ellis, and Makings Defendants" and the Stipulation of Dismissal With Prejudice:

IT IS ORDERED that these actions and each of them are dismissed with prejudice, each party to bear his/her/its own costs.

DATED this 30th day of October, 2008..

_____
Robert C. Broomfield
Senior United States District Judge